STATE OF CONNECTICUT *v.* MICHAEL A. INZITARI

*Michael A. Inzitari*, pro se, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided July 2, 2003

STANLEY ARRINGTON *v.* COMMISSIONER OF CORRECTION

*David B. Rozwaski*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided July 2, 2003

GINA RESURRECCION *v.* NORMANDY HEIGHTS, LLC

*Benjamin F. Cardinez*, in support of the petition.

Decided July 2, 2003